# EXHIBIT 1

EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s): |
|---|---|---|

Pennsylvania Human Relations Commission (PHRC) _____ and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.)<br>Ms. Tiffany Rowe | Home Phone (Incl. Area Code)<br>570-412-4015 | Date of Birth |
|---|---|---|

Street Address: 212 North Turbot Avenue, Milton, PA 17847

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name<br>Celebration Villas of Lewisburg | No. Employees, Members<br>20+ | Phone No. (Include Area Code)<br>570-524-7999 |
|---|---|---|

Street Address: 2421 Old Turnpike Road, Lewisburg, PA 17837

| Name<br>Priority Life Care | No. Employees, Members<br>100+ | Phone No. (Include Area Code)<br>206-755-2292 |
|---|---|---|

Street Address: 1102 Chestnut Hills Parkway, Suite 100, Fort Wayne, IN 46814

DISCRIMINATION BASED ON (Check appropriate box(es).)

☒ RACE   ☒ COLOR   ☐ SEX   ☐ RELIGION   ☐ NATIONAL ORIGIN
☒ RETALIATION   ☐ AGE   ☐ DISABILITY   ☐ OTHER (Specify below.)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: May 12, 2023   Latest: February 8, 20[..]
☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

Ms. Rowe was hired on 2/7/2023 as the Executive Director of Celebration Villas of Lewisburg. The ED position required a Personal Care Home Administrator License, which she did not have so Priority Life, the owner of Celebration Villas of Lewisburg, paid for the 3 month training course and license. On 5/12/2023 she officially took over the facility at Celebration Villas of Lewisburg as Executive Director. Ms. Rowe, who is black, was the only black Executive Director in the region. During her first month of work, she was notified by the Director of Nursing that a medication error had occurred. When Ms. Rowe tried to follow procedure by having the patient transferred out to a hospital for care, she was immediately stopped by the Director of Nursing who refused to have the patient transferred out to a hospital. The patient died one week later in ICU. The matter is before the State Attorney General. Celebration Villa of Lewisburg was written up for violation of state protocol. Ms. Rowe's primary duty as Executive Director, pursuant to the job description she signed at the time of hire, was Plan, direct and coordinate the overall operation of the facility, both internal and external, to comply with local, state, and federal guidelines, provide excellent care to the residents and increase/maintain facility census. She was also responsible for all human resource related activities, including recruitment, employment of qualified staff, termination, assignment and evaluation of staff, employee relations, and in-service/continuing education, as well as overseeing the recruitment, selection, and training of competent department supervisors and other ancillary staff. However against Ms. Rowe's recommendation, the Director of Nursing was not terminated.

In July, 2023, Ms. Rowe attended a corporate training session with other executive directors and corporate executives. She was approached by Hope Robinson, Corporate Head of Hospice, who is white, and Mark Starks, who is black and Corporate Director of Operations, and told she needed to watch her back because Dave Kloster, Senior VP of Priority Life Care, wanted her out because she was black. She was the only black ED in the region and he wanted her gone.

In August 2023, the Commonwealth came in for inspections and found 14 violations in the Nursing Department. Celebration Villas of Lewisburg was placed on a Corrective Action for the death resulting from the medication error as well as the violations and issued a Provisional License. Celebration Villas of Lewisburg was informed by the Department of Human Services of the Commonwealth of Pennsylvania they would return in October to reinspect the facility and Celebration needed to correct all the violations. All of these violations occurred prior to Ms. Rowe's hire and were the responsibility of the nursing department and the Director of Nursing.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| *Rowe* — Tiffany Rowe Jul 30, 2024 15:10 EDT<br>Date / Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |

EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | |

_____ and EEOC
*State or local Agency, if any*

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

The Commonwealth returned in October 2023 and found the same violations in the nursing department had not been corrected. The inspector had a conversation with Ms. Rowe as the Executive Director and advised that given the medication error, the death of a resident due to the failure to follow protocol, and all the violations in the nursing department, as long as the Director of Nursing remained in that position Celebration Villas would never move forward from their Provisional License status. Ms. Rowe contacted her manager, Johanna Ruble, and advised her of the conversation with the inspector. Ms. Ruble immediately reprimanded Ms. Rowe for having the conversation with the Commonwealth inspector, even though as Executive Director of Celebration Villas of Lewisburg, it was within her purview to discuss these matters. Ms. Rowe was excluded from conversations and not privileged to decisions that directly impacted her as Executive Director of Celebration Villas. She was systematically excluded from corporate implementations.

On October 31, 2023, Ms. Rowe was placed on a Personal Improvement Plan (PIP) which ran through November 30, 2023. The Action Plan in place for improvement outlined in the PIP required weekly calls with the Regional Director of Operations, Regional Director of Quality Service and the Director of Nursing to go over progress with regard to related to the nursing department. There were also to be weekly calls with the Regional Director of Operations to go over what she still needed and check on the progress on audits, med cart reviews and communication with the leadership. None of these calls ever took place and she never met with anyone, even though the provision was to meet and discuss improvement. Improvement and goals were to be met by November 30, 2023, at which time a final meeting would be held to discuss the outcome. No meeting was held on November 30, 2023 or any time thereafter to discuss the PIP, Action Plan or progress.

On January 28, 2024, Marsha Brubaker, Ms. Rowe's assistant, was called into Jennifer Brown's office. Ms. Brown is the Regional Director of Operations for Priority Life Care. Ms. Brown told Ms. Brubaker to spy on Ms. Rowe and advise if she did not work a full 8 hours or if she did not put in for PTO for days she was not there or any other violation she noticed regarding Ms. Rowe. Ms. Brubaker was extremely uncomfortable with this and reported it to Ms. Rowe who in turn sent a letter to HR about her concerns since hiring on with Celebration Villas.

Ms. Rowe was terminated on February 8, 2024.

Ms. Rowe was set up to fail in her position by the Senior VP of Priority Life Case because she was black and the only black Executive Director within the region.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |
| Date                    Charging Party Signature | |

<pre>
</pre>

CP Enclosure with EEOC Form 5 (5/01)

**PRIVACY ACT STATEMENT:** Under the Privacy Act of 1974, Pub. Law 93-579, authority to request personal data and its uses are:

1. **FORM NUMBER/TITLE/DATE.** EEOC Form 5, Charge of Discrimination (5/01).

2. **AUTHORITY.** 42 U.S.C. 2000e-5(b), 29 U.S.C. 211, 29 U.S.C. 626, 42 U.S.C. 12117.

3. **PRINCIPAL PURPOSES.** The purposes of a charge, taken on this form or otherwise reduced to writing (whether later recorded on this form or not) are, as applicable under the EEOC anti-discrimination statutes (EEOC statutes), to preserve private suit rights under the EEOC statutes, to invoke the EEOC's jurisdiction and, where dual-filing or referral arrangements exist, to begin state or local proceedings.

4. **ROUTINE USES.** This form is used to provide facts that may establish the existence of matters covered by the EEOC statutes (and as applicable, other federal, state or local laws). Information given will be used by staff to guide its mediation and investigation efforts and, as applicable, to determine, conciliate and litigate claims of unlawful discrimination. This form may be presented to or disclosed to other federal, state or local agencies as appropriate or necessary in carrying out EEOC's functions. A copy of this charge will ordinarily be sent to the respondent organization against which the charge is made.

5. **WHETHER DISCLOSURE IS MANDATORY; EFFECT OF NOT GIVING INFORMATION.** Charges must be reduced to writing and should identify the charging and responding parties and the actions or policies complained of. Without a written charge, EEOC will ordinarily not act on the complaint. Charges under Title VII or the ADA must be sworn to or affirmed (either by using this form or by presenting a notarized statement or unsworn declaration under penalty of perjury); charges under the ADEA should ordinarily be signed. Charges may be clarified or amplified later by amendment. It is not mandatory that this form be used to make a charge.

## NOTICE OF RIGHT TO REQUEST SUBSTANTIAL WEIGHT REVIEW

Charges filed at a state or local Fair Employment Practices Agency (FEPA) that dual-files charges with EEOC will ordinarily be handled first by the FEPA. Some charges filed at EEOC may also be first handled by a FEPA under worksharing agreements. You will be told which agency will handle your charge. When the FEPA is the first to handle the charge, it will notify you of its final resolution of the matter. Then, if you wish EEOC to give Substantial Weight Review to the FEPA's final findings, you must ask us in writing to do so <u>within 15 days</u> of your receipt of its findings. Otherwise, we will ordinarily adopt the FEPA's finding and close our file on the charge.

## NOTICE OF NON-RETALIATION REQUIREMENTS

Please **notify** EEOC or the state or local agency where you filed your charge **if retaliation is taken against you or others** who oppose discrimination or cooperate in any investigation or lawsuit concerning this charge. Under Section 704(a) of Title VII, Section 4(d) of the ADEA, and Section 503(a) of the ADA, it is unlawful for an *employer* to discriminate against present or former employees or job applicants, for an *employment agency* to discriminate against anyone, or for a *union* to discriminate against its members or membership applicants, because they have opposed any practice made unlawful by the statutes, or because they have made a charge, testified, assisted, or participated in any manner in an investigation, proceeding, or hearing under the laws. The Equal Pay Act has similar provisions and Section 503(b) of the ADA prohibits coercion, intimidation, threats or interference with anyone for exercising or enjoying, or aiding or encouraging others in their exercise or enjoyment of, rights under the Act.