**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| TIFFANY ROWE, | No. 4:25-CV-02001 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| PRIORITY LIFE CARE, LLC, and CELEBRATION VILLAS OF LEWISBURG, | |
| Defendants. | |

## <u>ORDER</u>

**MAY 27, 2026**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that Defendants' motion to dismiss, Doc. 11, is **GRANTED in part and DENIED in part**.  The motion is denied as to Plaintiff's Count II claim under § 1981 and granted as to Plaintiff's Count IV claim for wrongful termination.

Plaintiff is provided leave to amend her complaint; she may file an amended complaint within fourteen (14) days of the date of this Order should she care to do so.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge